**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Albert Lujan d/b/a Texas Wholesale Flower Company v. Navistar
                         Financial Corporation

Appellate case number:   01-12-00740-CV

Trial court case number: 1135191

Trial court:             80th District Court of Harris County

Appellant has filed a motion for rehearing and has paid the $175.00 filing fee in this appeal. The Court requests a response to the motion for rehearing from the appellee. Rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," is suspended for the filing of the response. The response must be received in the clerk's office or filed in accordance with this court's rules on efiling no later than **5:00 p.m., 10 days from the date of this order**. *See* TEX. R. APP. P. 2, 9.2(b), 49.2.

It is so ORDERED.

Judge's signature:   Evelyn V. Keyes
                     Acting individually

Date: November 1, 2012